## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Official Committee of Unsecured Creditors v. Harrington    Docket No.: 26-1567

Lead Counsel of Record (name/firm) or Pro se Party (name): Ilan D. Sharf, Esq. / Pachulski Stang Ziehl & Jones L.

Appearance for (party/designation): Official Committee of Unsecured Creditors / Petitioner

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect.   The following parties do not wish to participate in this appeal:
     Parties: _____
(☐) Incorrect.   Please change the following parties' designations:
     Party                 Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Ilan D. Scharf, Esq.
Firm: Pachulski Stang Ziehl & Jones LLP
Address: 1700 Broadway, 36th Floor, New York2, NY 10019
Telephone: 212-561-7721      Fax: 212-561-7777
Email: ischarf@pszjlaw.com

## RELATED CASES

(☐) This case has not been before this Court previously.
(☐) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(☑) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: In re GOL Linhas Aereas Inteligentes S.A., No. 26-49 appeal of 675 B.R. 125 (S.D.N.Y. 2025)

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Ilan D. Scharf
Type or Print Name: Ilan D. Scharf
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.