## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Official Committee of Unsecured Creditors v. Harrington          Docket No.: 26 1567

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Karen B. Dine, Esq.

Firm: Pachulski Stang Ziehl & Jones LLP

Address: 1700 Broadway, 36th Floor, New York, NY 10019

Telephone: 212 561 7731          Fax: 212 561 7777

E-mail: kdine@pszjlaw.com

Appearance for: Official Committee of Unsecured Creditors / Petitioner
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Ilan D. Scharf / Pachulski Stang Ziehl & Jones LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on May 20, 2026 (original admission date August 31, 2015)          OR

☐ I applied for admission on _____ .

Signature of Counsel: *KarenDine*

Type or Print Name: Karen B. Dine