### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Official Committee of Unsecured Creditors v. Harrington    Docket No.: 26-1567

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey M. Dine, Esq.

Firm: Pachulski Stang Ziehl & Jones LLP

Address: 1700 Broadway, 36th Floor, New York, NY 10019

Telephone: 212-561-7735    Fax: 212-561-7777

E-mail: jdine@pszjlaw.com

**Appearance for:** Official Committee of Unsecured Creditors / Petitioner
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☑ Additional counsel (co-counsel with: Ilan D. Scharf / Pachulski Stang Ziehl & Jones LLP )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jeffrey M. Dine

Type or Print Name: Jeffrey M. Dine